THE PEOPLE OF THE STATE OF NEW YORK ex rel. ADRIAN H. JOLINE et al., as Receivers of the METROPOLITAN STREET RAILWAY COMPANY, Appellants, *v.* CLARK WILLIAMS, as Comptroller of the State of New York, Respondent.

(Argued November 21, 1910; decided December 6, 1910.)

APPEAL from an order of the Appellate Division of the Supreme Court in the third judicial department, entered November 15, 1910, which dismissed a writ of certiorari and confirmed the determination of the defendant in assessing a franchise tax against the relator for the year ending June 30, 1909.

*William M. Chadbourne, Arthur H. Masten* and *Ellis W. Leavenworth* for appellants.

*Edward R. O'Malley, Attorney-General (Irving D. Vann* of counsel), for respondent.

Order affirmed, with costs, on authority of *Central Trust Co. v. N. Y. C. & N. R. R. Co.* (110 N. Y. 250); no opinion.
Concur: CULLEN, Ch. J., HAIGHT, WERNER, HISCOCK and COLLIN, JJ. Not sitting: GRAY and VANN, JJ.